1

2

3

4

5

6

7

8                                **UNITED STATES DISTRICT COURT**

9                              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  BILLY R. HEMPHILL,                    ) NO. CV 08-00687-JVS (MAN)
                                          )
12                    Petitioner,         )
                                          )
13       v.                               ) JUDGMENT
                                          )
14  T. FELKER, WARDEN,                    )
                                          )
15                    Respondent.         )
    _____)
16

17
         Pursuant to the Court's Order Adopting Findings, Conclusions, and
18
    Recommendations of United States Magistrate Judge,
19

20
         IT IS ADJUDGED that this action is dismissed with prejudice.
21

22
    DATED: July 27, 2009
23

24                                        _____
                                                  JAMES V. SELNA
25                                          UNITED STATES DISTRICT JUDGE

26

27

28